**STATE OF LOUISIANA**   *   NO. 2019-K-0837

**VERSUS**   *   COURT OF APPEAL

**IRVIN COMPASS**   *   FOURTH CIRCUIT

  *   STATE OF LOUISIANA

  *

  *
* * * * * * *


**LOBRANO, J., CONCURS IN THE RESULT.**